partment. May 22, 1907.) Action by Joseph W. Pool against Byron G. Bents. No opinion. Judgment affirmed, with costs.

PORT JEFFERSON REALTY CO., Appellant, v. WOODHULL, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by the Port Jefferson Realty Company against Mary C. Woodhull. No opinion. Motion to dismiss appeal denied, without costs.

PORTLAND CO. v. HALL et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Portland Company against Charles W. Hall and another. No opinion. Motion to withdraw record denied, without costs. Motion to expunge papers from record granted, without costs. Settle orders on notice.

POST, Respondent, v. PEASE PIANO CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Marion Post against the Pease Piano Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

PRENTICE, Appellant, v. SOMMER, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Westervelt Prentice against Maurice Sommer. No opinion. Judgment of the Municipal Court reversed, on the ground that the testimony for the plaintiff at the close of the case did not permit a dismissal of his complaint. A new trial is ordered; costs to abide the event.

PRESTON v. ARTHUR et al. SAME v. ALBEE. SAME v. ARTHUR. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Actions by Charles M. Preston against Lemuel J. Arthur and others, against Franklin C. Albee, and against Mary E. Arthur. No opinions. Motions for leave to withdraw appeals granted, without costs. Settle orders on notice.

PUTNAM v. LINCOLN SAFE DEPOSIT CO. et al. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by Robert H. S. Putnam against the Lincoln Safe Deposit Company and others. No opinion. Motion denied.

QUARMBY, Respondent, v. JAMES WEIR'S SONS, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Hillary H. Quarmby, by Sarah Ann Quarmby, his guardian ad litem, against James Weir's Sons. No opinion. Judgment of the Municipal Court affirmed, with costs.

QUICK, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by William E. Quick against the Central New York Telephone & Telegraph Company. No opinion. Judgment and order affirmed, with costs.

(119 App. Div. 890)

In re RAMSDILL'S ESTATE. (Supreme Court, Appellate Division, First Department. May 24, 1907.) In the matter of the estate of Charles Ramsdill, deceased. A. P. Smith, for appellant. E. N. Dollin, for respondent. No opinion. Order affirmed, with costs and disbursements, on authority of Matter of James, 144 N. Y. 6, 38 N. E. 961. Order filed.

In re RAPID TRANSIT BOARD. In re BROOKLYN & MANHATTAN LOOP. (Supreme Court, Appellate Division, First Department. February, 1907.) In the matter of the rapid transit board. In the matter of the Brooklyn & Manhattan Loop. No opinion. See memorandum for commissioners and counsel.

READ v. FOX et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Linus G. Read against Samuel R. Fox and another. No opinion. Motion denied, with $10 costs. Order filed.

REALTY PROTECTIVE CO., Appellant, v. EARLE, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by the Realty Protective Company against Lillie J. Earle. G. M. Mackellar, for appellant. F. G. Manley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REDINGTON, Respondent, v. FARLOW, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Caroline G. Redington against William E. Farlow. No opinion. Appeal dismissed on argument, with $10 costs and disbursements.

REEVES, Respondent, v. SULLIVAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Alfred H. Reeves against Timothy D. Sullivan and others. No opinion. Motion to resettle order granted, and proceedings referred to John Hill Morgan, Esq.

REICH, Respondent, v. IRONCLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Otto Reich against the Ironclad Manufacturing Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

RENDIGS, Respondent, v. RENDIGS, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Anna G. D. Rendigs against Charles W. Rendigs. M. D. Steuer, for appellant. A. R. Watson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RENNINGER, Respondent, v. RICHEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 21, 1907.)